No opinion.
Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

## (June 4, 1943.)

RUDOLPH R. LOENING et al., Constituting the Charter Commission of the City of Glen Cove, Plaintiffs, v. WILLIAM H. SEAMAN et al., Constituting the City Council of the City of Glen Cove, et al., Defendants.—

Present— Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

## (June 7, 1943.)

BERNARD G. ANTUN, Respondent, v. MASHOLIE-SALVATOR Co., INC., et al., Defendants, and CHARLES MASHOLIE, Defendant-Appellant.—

No opinion. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.
PAUL DICKERSON, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

Harry Freund, Respondent, v. Zephyr Laundry Machinery Company, Defendant. Credit America Corporation, Third Party, Appellant.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

Vincent Gulotta, Appellant, v. Antonina Gulotta, Respondent.—

No opinion. Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

Anna S. Gwydir, Jr., et al., Appellants, v. Albert Cowdell, Jr., Respondent.

Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of Fleetwood Acres, Inc., Appellant, against Christopher Sheridan, as Commissioner of Public Works of the City of Yonkers, et al., Respondents.—

No opinion. Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

In the Matter of the Arbitration between Joseph Love, Inc., Appellant, and Children's Dress, Infants' Wear, Housedress and Bathrobe Makers' Union, Local 91, I. L. G. W. U., Respondent.—

No opinion. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.